**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7673**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

JOSE JESUS MORA, a/k/a Jose Jesus Nuesslein, a/k/a Joe Mora,
a/k/a Jose Jesus Neusslein,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.   (2:07-cr-00062-RAJ-JEB-1)

_____

Submitted:  April 26, 2012        Decided:  April 30, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jose Jesus Mora, Appellant Pro Se.  Stephen Westley Haynie,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Mora appeals the district court's order denying his motion to amend special conditions of supervision and has filed motions for appointment of counsel and to expedite. We have reviewed the record and find no reversible error. Accordingly, we deny appointment of counsel, deny Mora's motion to expedite as moot, and affirm the district court's order. See United States v. Mora, No. 2:07-cr-00062-RAJ-JEB-1 (E.D. Va. Nov. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED